# United States Bankruptcy Court
# Eastern District of Louisiana

To:　Al Melone, dba Asset Recovery TR　　　　　　　　　　Case Number:　14-13218

Debtor(s):　Shannon Quaglino　　　　　　　　　　　　　　　Chapter:　13

## NOTICE OF DEFICIENCY

Your **Motion for Payment of Unclaimed Funds in the amount of $2,850.00** is deficient for the following reason(s):

☒　Claimant's a copy of the claimant's card is required.

☒　Documentation that the claimant resided at the original address at the time of deposit is required.  (Ex. old electric bill, telephone bill or any document with the original address, etc.)

For further procedural information or questions regarding unclaimed funds, please contact the

Finance Section of the Clerk's Office @ (504) 589-7862.

　　　　　　　　　　　　　　　　　　　　　　　　By: Cheryl A. Vogel
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

Date: December 5, 2015